UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS P. GIVENS, | No. 2:21-cv-0591 AC P |
| Plaintiff, | |
| v. | ORDER |
| MARIANNA LOTESZTAIN, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's application to proceed in forma pauperis, which he filed while still incarcerated at California State Prison, Solano. Plaintiff reports that he has since been released on parole. ECF No. 8. A search of the CDCR website for plaintiff via his inmate identification number indicates that he is no longer in its system. See https://inmatelocator.cdcr.ca.gov/search.aspx (search CDCR Number field for "AX1773" (last visited February 23, 2023)). The court takes judicial notice of this fact.

    A prisoner's application to proceed in forma pauperis does not become moot upon subsequent release. Moore v. Maricopa County Sheriff's Office, 657 F.3d 890, 892 n.2 (9th Cir. 2011). Rather, a former inmate must be allowed to apply to proceed under general in forma pauperis provisions of 28 U.S.C. § 1915(a)(1). See DeBlasio v. Gilmore, 315 F.3d 396, 399 (4th Cir. 2003); In re Prison Litigation Reform Act, 105 F.3d 1131, 1139 (6th Cir. 1997) (upon

release, obligation to pay remainder of fees to be determined solely on question of whether individual qualifies for pauper status).  A released prisoner may proceed in forma pauperis upon satisfying the poverty provisions applicable to non-prisoners.  McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 29, 30 (2d Cir. 1996).

Because plaintiff is no longer a prisoner, he must be given the opportunity to file a non-prisoner in forma pauperis application.  See generally McGann, 96 F.3d at 30.  Once it has been filed, the court will consider it anew.  See Moore, 657 F.3d at 893 n.3.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of the court's in forma pauperis application form for non-prisoners; and

2. Within thirty days of this order, plaintiff shall fully complete and return the application to proceed in forma pauperis by a non-prisoner in compliance with 28 U.S.C. 1915(a)(1).

DATED: February 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE