1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCOIS POITIER GIVENS,

             Plaintiff,

    v.

MARIANNA LOTESZTAIN, et al.,

             Defendants.

No.  2:21-cv-00591 AC

ORDER

16    Plaintiff is a former state prisoner proceeding pro se and in forma pauperis in this civil

17  rights action filed pursuant to 42 U.S.C. § 1983.  On May 24, 2024, the court screened the

18  complaint and gave plaintiff the option to proceed on those claims found cognizable or to amend

19  the complaint.  Plaintiff filed a notice of election indicating his intent to file an amended

20  complaint.  Therefore, the court will grant plaintiff a period of 30 days in which to file a first

21  amended complaint.

22    Accordingly, IT IS HEREBY ORDERED that:

23    1.  Plaintiff is granted a period of 30 days in which to file an amended complaint.

24    2.  The failure to file an amended complaint within the time provided will result in a

25  recommendation that this action be dismissed for failure to prosecute.

26  DATED: June 14, 2024

27

28

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE